1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOARD OF TRUSTEES OF THE TEAMSTERS  )   NO. C 08 0624 JSW
12 LOCAL UNION NO. 856, et al.          )
                                        )
13              Plaintiffs,             )
                                        )
14       vs.                            )   STIPULATION FOR
                                        )   DISMISSAL; ORDER
15 PERSONALTY HOTELS II INC., a         )
   California corporation, also known  )
16 as PERSONALITY HOTELS, INC.,         )
                                        )
17              Defendants.             )
   _____)
18

19       It is hereby stipulated between the parties that the above

20 entitled action be dismissed with prejudice.

21 Dated: April 21, 2008         ERSKINE & TULLEY

22
                                 By:/s/Michael J. Carroll
23                                  Michael J. Carroll
                                    Attorneys for Plaintiffs
24

25 Dated: April 21, 2008         LITTLER MENDELSON

26
                                 By:/s/John M. Skonberg
27                                  John M. Skonberg
                                    Attorney for Defendants
28

                    STIPULATION FOR DISMISSAL; ORDER
                                   1

<u>O R D E R</u>

It is so ordered.

Dated:_____                    _____
                                          Honorable Jeffrey S. White