```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5

 6

 7

 8                      UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
    BOARD OF TRUSTEES OF THE TEAMSTERS )   NO. C 08 0624 JSW
12  LOCAL UNION NO. 856, et al.         )
                                        )
13                    Plaintiffs,       )
                                        )
14        vs.                           )   STIPULATION FOR
                                        )   DISMISSAL; ORDER
15  PERSONALTY HOTELS II INC., a        )
    California corporation, also known  )
16  as PERSONALITY HOTELS, INC.,        )
                                        )
17                    Defendants.       )
    _____)
18

19        It is hereby stipulated between the parties that the above

20  entitled action be dismissed with prejudice.

21  Dated: April 21, 2008         ERSKINE & TULLEY

22
                                  By:/s/Michael J. Carroll
23                                    Michael J. Carroll
                                      Attorneys for Plaintiffs
24

25  Dated: April 21, 2008         LITTLER MENDELSON

26
                                  By:/s/John M. Skonberg
27                                    John M. Skonberg
                                      Attorney for Defendants
28

                       STIPULATION FOR DISMISSAL; ORDER
                                      1
```

1    O R D E R

2    It is so ordered.

3  Dated: April 23, 2008                    _____
4                                           Honorable Jeffrey S. White